**Order entered September 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00627-CR

**DEON REESE EVANS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1228191-U**

## ORDER

The Court has before it appellee The State of Texas's September 12, 2014 second motion for extension of time to file its brief. We **GRANT** the motion and **DIRECT** the Clerk to file the brief appellee contemporaneously tendered with its motion as of the date of this order.

/s/    ROBERT M. FILLMORE
       PRESIDING JUSTICE